# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00482-CV

### In re Tammy Ann Martinez

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Tammy Ann Martinez has filed a petition for writ of mandamus challenging the trial court's summary-judgment order in the underlying case. Because Martinez has failed to meet her burden to show that she lacks an adequate appellate remedy, we deny the petition for writ of mandamus. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding) ("The requirement that persons seeking mandamus relief establish the lack of an adequate appellate remedy is a 'fundamental tenet' of mandamus practice."); *see also* Tex. R. App. P. 52.8(a). We also lift the stay of the trial court's writ of possession.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Smith

Filed: October 26, 2020